[No. 37154-5-II.   Division Two.   January 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY RUSSELL FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01818-2, John F. Nichols, J., entered December 20, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 37337-8-II.   Division Two.   January 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE CHAMBERS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00237-9, Anne Hirsch, J., entered January 14, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 37416-1-II.   Division Two.   January 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN RICHARD DEVAULT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-02253-8, Robert L. Harris, J., entered February 20, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 58779-0-I.   Division One.   January 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JESS RICHARD SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05900-7, Brian D. Gain, J., entered September 1, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.